IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GERALD GARZONE, et al., | : | No. 07-4767 |

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-3895 |
| GERALD GARZONE, et al. | : | |

**ORDER**

AND NOW, this 17th day of September 2009, upon consideration of the Motions filed by the parties, the corresponding briefs, the discussion held at oral argument, and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that

(1) Nationwide's Motion for Summary Judgment (07-4767, Doc. 47; 08-3895, Doc. 68) is GRANTED in part and DENIED in part in accordance with the foregoing Memorandum. To summarize,

  (a) Nationwide's Motion is GRANTED on the duty to defend Liberty in the Maggio case;

  (b) Nationwide's Motion is DENIED on the duty to defend Liberty in the Laberta and Oprea cases;

  (c) Nationwide's Motion is DENIED on the duty to defend Margaret McCafferty d/b/a James A. McCafferty Funeral Home in the Wilson/Pancoast case;

  (d) Nationwide's Motion is DENIED, without prejudice, on the duty to defend

        Margaret McCafferty d/b/a James A. McCafferty Funeral Home in the Gibson case;

(e)    Nationwide's Motion is GRANTED on the duty to defend Margaret McCafferty d/b/a James A. McCafferty Funeral Home in the Laberta case.

(2)    Margaret McCafferty's Motion to Sever (08-3895, Doc. 76) is DENIED, without prejudice.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\07-4767 Nationwide v. Garzone\07-4767, 08-3895 - Nationwide v. Garzone - Order Re Summary Judgment.wpd